UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case Number 14-20698

v.                                              Honorable David M. Lawson

KORDARYL CROSS,

        Defendant.

_____/

## **SECOND ORDER EXTENDING TIME TO REPLY**

Pursuant to the stipulation of the parties (ECF No. 243), it is **ORDERED** that if the defendant wants to file a reply in support of his motion for compassionate release, then he must do so **on or before December 28, 2020**.  No further extensions will be granted.

                                                        s/David M. Lawson
                                                        DAVID M. LAWSON
                                                        United States District Judge

Dated:  November 25, 2020